UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                            2:12-cr-111-FtM-29UAM

MICHAEL CRISTELLO
_____

**OPINION AND ORDER**

This matter comes before the Court on Defendant's Motion For Prison Assignment Based on Hardship (Doc. #420), filed on February 19, 2014. Defendant seeks an order assigning or compelling the Bureau of Prisons to assign him to serve his sentence of imprisonment in a facility in the State of Florida.

The location where a person is to serve his sentence is a matter within the purview of the Bureau of Prisons. A federal court has no authority to designate the location where a prisoner will be incarcerated; that function belongs to the Bureau of Prisons. 18 U.S.C. § 3621(b); United States v. Harris, No. 12-3875, ___ F. App'x ___, 2013 WL 5755249, *3 (7th Cir. Oct. 24, 2013)("The federal courts do not have the power to direct prison administrators to assign a defendant to a particular facility."). See also Abdul-Malik v. Hawk-Sawyer, 403 F.3d 72 (2d Cir. 2005); United States v. Voda, 994 F.2d 149, 151-52 (5th Cir. 1993). While the Court has no objection to a facility in Florida, and

would indeed recommend such placement if available, the Court cannot order such a designation.

Accordingly, it is now

**ORDERED**:

Defendant's Motion For Prison Assignment Based on Hardship (Doc. #420) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   21st   day of February, 2014.

 

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record